**David BRIGHTWELL, Petitioner–Appellant,**

v.

**Ronald HUTCHINSON, Warden, Maryland House of Corrections; Attorney General of the State of Maryland, Respondents–Appellees.**

No. 03–6376.

United States Court of Appeals, Fourth Circuit.

Submitted July 8, 2003.

Decided July 23, 2003.

David Brightwell, Appellant Pro Se. Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WIDENER, WILKINSON, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

David Brightwell seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Brightwell has not made a substantial showing of the denial of a constitutional right. *See Mil-*

*ler–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*